UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONIA I. WRIGLESWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:17-CV-252-D** |
| ) | |
| ROBERT M. SPEER, Secretary, U.S. ) | |
| Department of the Army, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Speer's motion to dismiss [D.E. 12] is GRANTED, and the complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on April 25, 2018, and Copies To:**

| | |
|---|---|
| Sonia I. Wriglesworth | (Sent to 158 Pine Ridge Drive Whispering Pines, NC 28327 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:                                                                 PETER A. MOORE, JR., CLERK

April 25, 2018                                              (By) /s/ Nicole Briggeman

                                                                                Deputy Clerk